# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| DONATO APONTE NAVEDO, ET. AL. ) <br> Plaintiff ) <br> v. ) <br> NALCO CHEMICAL COMPANTY, ET. AL. ) <br> Defendant ) | Case No. 09-CV-01232 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Donato Aponte Navedo, Belkis I. Santiago Martinez, and their Community of Acquets and Gains

Date:   03/10/2009

*Attorney's signature*

MIGUEL A. CUADROS PESQUERA, 114814
*Printed name and bar number*

701 Ponce de Leon Ave.
Suite 215, Miramar,
San Juan, Puerto Rico 00907

*Address*

macuadros@cuad-law.com
*E-mail address*

(787) 725-2652
*Telephone number*

(787) 724-3820
*FAX number*