AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| DONATO APONTE NAVEDO, ET. AL. <br> *Plaintiff* <br> v. <br> NALCO CHEMICAL COMPANTY, ET. AL. <br> *Defendant* | ) ) ) ) ) ) | Civil Action No. 09-CV-01232 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOSE SERRANO

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MIGUEL A. CUADROS PESQUERA
701 Ponce de León Ave.
Suite 215, Miramar
San Juan, Puerto Rico 00907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| DONATO APONTE NAVEDO, ET. AL. <br> *Plaintiff* <br> v. <br> NALCO CHEMICAL COMPANTY, ET. AL. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 09-cv-01232 <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COMMUNITY OF ACQUETS AND GAINS BETWEEN
JOSE SERRANO AND HIS WIFE JANE DOE (1)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 Ponce de León Ave.
Suite 215, Miramar
San Juan, Puerto Rico 00907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| DONATO APONTE NAVEDO, ET. AL. ) <br> *Plaintiff* ) <br> v. ) <br> NALCO CHEMICAL COMPANTY, ET. AL. ) <br> *Defendant* ) | Civil Action No. 09-cv-01232 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JORGE CASTILLO


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 Ponce de León Ave.
Suite 215, Miramar
San Juan, Puerto Rico 00907


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| DONATO APONTE NAVEDO, ET. AL. <br> *Plaintiff* <br> v. <br> NALCO CHEMICAL COMPANTY, ET. AL. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 09-CV-01232 <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COMMUNITY OF ACQUETS AND GAINS BETWEEN
JORGE CASTILLO AND HIS WIFE JANE DOE (2)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 Ponce de León Ave.
Suite 215, Miramar
San Juan, Puerto Rico 00907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| DONATO APONTE NAVEDO, ET. AL. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-cv-01232 |
| NALCO CHEMICAL COMPANTY, ET. AL. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASHOK DUGGAL

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 Ponce de León Ave.
Suite 215, Miramar
San Juan, Puerto Rico 00907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| DONATO APONTE NAVEDO, ET. AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-CV-01232 |
| NALCO CHEMICAL COMPANTY, ET. AL. ) | |
| Defendant ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COMMUNITY OF ACQUETS AND GAINS BETWEEN ASHOK DUGGAL AND HIS WIFE JANE DOE (3)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MIGUEL A. CUADROS PESQUERA
701 Ponce de León Ave.
Suite 215, Miramar
San Juan, Puerto Rico 00907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*