IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DONATO APONTE NAVEDO, BELKIS ISABEL SANTIAGO MARTÍNEZ, AND THEIR COMMUNITY OF ACQUETS AND GAINS<br><br>PLAINTIFF,<br><br>v.<br><br>NALCO CHEMICAL COMPANY, JOSÉ SERRANO, AND HIS WIFE, JANE DOE (1), AND THEIR COMMUNITY OF ACQUETS AND GAINS, JORGE CASTILLO AND HIS WIFE, JANE DOE (2), AND THEIR COMMUNITY OF ACQUETS AND GAINS, ASHOK PAUL DUGGAL, AND HIS WIFE, JANE DOE (3), AND THEIR COMMUNITY OF ACQUETS AND GAINS AND ABC INSURANCE<br><br>DEFENDANTS. | CIVIL NO.09-CV-01232-GAG<br><br>SUBJECT MATTER: TITLE VII VIOLATIONS, AGE, GENDER AND NATIONAL ORIGIN DISCRIMINATION, AMERICANS WITH DISABILITIES ACT, AND TORTS<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

### NOTICE OF APPEARANCE

Please take notice that CUADROS & CUADROS is the law firm retained by Donato Aponte Navedo, Belkis Isabel Santiago Martínez, and their Conjugal Partnership, the plaintiffs in the above entitled action.

That the subscribing attorney has also been retained as of counsel of the law firm by Donato Aponte Navedo, Belkis Isabel Santiago Martínez, and their Conjugal Partnership Aponte-Santiago to provide legal representation in connection with the above entitled case now pending before this Court, and hereby appear as attorney for Aponte, Santiago, and Conjugal Partnership Aponte-Santiago.

Miguel A. Cuadros Pesquera remains as lead attorney in the above titled case.

You are further notified that copies of all papers in this action are to be served on me by electronic mail at: ombenitez@cuad-law.com, or at my office.

I am admitted to practice in the United States District Court for the District of Puerto Rico.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 7th day of May, 2009.

_____

OLGA MARÍA BENÍTEZ QUIÑONES

USDC No: 226502

701 Ponce de León Ave.

Suite 215, Miramar

San Juan, Puerto Rico 00907

Tel. (787) 725-2652

Fax  (787) 724-3820

E-mail: ombenitez@cuad-law.com

**CERTIFICATE OF SERVICE**

I, OLGA MARÍA BENÍTEZ QUIÑONES, hereby certify that on May 7, 2009, I served copies of the above *Notice of Appearance* on the following parties by way of U.S. mail or, electronic mail: Nalco Chemical Company: Urb. Santa Juana II, Calle 12, J1, Caguas, Puerto Rico, 00725.

Date: _May 7, 2009_    _____

OLGA MARÍA BENÍTEZ QUIÑONES
USDC No: 226502