UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DONATO APONTE NAVEDO, BELKIS ISABEL SANTIAGO MARTÍNEZ, AND THEIR COMMUNITY OF ACQUETS AND GAINS, <br><br> Plaintiffs, <br><br> v. <br><br> NALCO CHEMICAL COMPANY, JOSÉ SERRANO AND HIS WIFE JANE DOE (1), AND THEIR COMMUNITY OF ACQUETS, AND GAINS, JORGE CASTILLO AND HIS WIFE JANE DOE (2), AND THEIR COMMUNITY OF ACQUETS AND GAINS, ASHOK PAUL DUGGAL AND HIS WIFE JANE DOE (3), AND THEIR COMMUNITY OF ACQUETS AND GAINS AND ABC INSURANCE, <br><br> Defendants. | CIVIL NO. 09-01232 (GAG) <br><br><br> TITLE VII VIOLATIONS, AGE, GENDER AND NATIONAL ORIGIN DISCRIMINATION, AMERICANS WITH DISABILITIES ACT AND TORTS <br><br> PLAINTIFFS DEMAND TRIAL BY JURY |

MOTION REQUESTING BRIEF EXTENSION OF TIME TO ANSWER
COMPLAINT OR OTHERWISE PLEAD

TO THE HONORABLE COURT:

**COMES NOW** codefendant Nalco Company f/k/a Nalco Chemical Company ("**NALCO**" or the "**appearing defendant**"), through the undersigned attorneys, and **without submitting itself to the jurisdiction of this Honorable Court**, respectfully states, alleges and prays as follows:

The appearing codefendant had requested an extension of time, which ends today, in order to answer the Complaint or otherwise plead, which extension was granted by this Honorable Court.

Notwithstanding, the appearing codefendant is in need of an additional brief extension of time of fifteen (15) days, to end on **Tuesday, July 7, 2009**, in order to provide its answer to the Complaint.

The reason for the requested extension is that the undersigned attorneys are waiting to receive some crucial information/documentation from their clients in Illinois to be able to responsibly submit the answers to plaintiffs' numerous and detailed allegations, as well as the fact that the company's main contact for the undersigned here in Puerto Rico has been and will be out of Puerto Rico due to his mother's recent passing and previously scheduled professional commitments.

**WHEREFORE**, the appearing codefendant respectfully requests from this Honorable Court a brief extension of time of fifteen (15) days, to end on **Tuesday, July 7, 2009**, in order to responsibly submit its answer to plaintiffs' numerous and detailed allegations as contained in the Complaint.

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY**: That on this same date we electronically filed the present motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: *Miguel A. Cuadros Pesquera, Esq.*, Law Offices of Cuadros & Cuadros, Centro de Seguros Bldg., Suite 215, 701 Ponce de León Avenue (Miramar), San Juan, Puerto Rico 00907; and all other attorneys of record, if any.

In San Juan, Puerto Rico, this 22nd day of June, 2009.

        s/ Arturo Díaz-Angueira, 117907
        s/ Roberto Feliberti, 208002
        **CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.**
        PO Box 364966
        San Juan, PR 00936-4966
        Tel. (787) 767-9625
        Fax  (787) 764-4430/622-2238
        adiaz@cnrd.com
        rfeliberti@cnrd.com