**NALCO**

TO:  Donato Aponte

FROM: Ashok Duggal

DATE: August 14, 2007

RE:  Performance Improvement

EXHIBIT 1

**Introduction:**
On February 24, 2007 we discussed your mid year review and other problems with your performance for 2007. I have outlined the deficiencies in your performance specifically your customer satisfaction and overall sales increase.

**Specific deficiencies/issues/problems:**
As discussed following is a list of performance deficiencies:
1. Service deficiency with Baxter. They were very near to terminate our contract and switch to Chemtreat. These deficiencies consisted in:
    a. Service Visits. These were not consistent and you never let them know when you could not visit them.
    b. Routine Reports: Haven't been submitted on time and sometimes not at all.
    c. Taken an excessive amount of time to resolve a CT controller issue.
    d. Chemical Inventories have been too low for Jorge Morale's taste.

2. Service deficiency with Warner Chilcott. These deficiencies consisted in:
    a. Service Visits. These were not consistent and you never let them know when you could not visit them.
    b. Routine Reports: Haven't been submitted on time and sometimes not at all.
    c. Taken an excessive amount of time to resolve a CT controller issue.
    d. Chemical Inventories have been too low.
    e. On May 4 I responded to your Jeapordy report for WC and requested you to explain and detail an action plan to counter attack Chemtreat. I never received anything.
    f. WC has been requesting continuously the results of a deposit sample, and it has taken an excessive amount of time to submit.
    g. On May 21, I met with WC and sent you the summary of what they needed immediately. We have reason to believe that over 4 of the 9 points are still not resolved.
3. As of June 30 you are 11% down YTD vs. 2006.
4. $30,000 down YTD vs. 2006.
5. You have been on the Nalco Credit Card delinquency report at least once this year.
6. I continuously receive notices from the eagls credit card reporting of which they still have not received your receipts of 12 past expense reports.
7. We did not receive January, February, March, and June's monthly District Reports.
* All yearly expected sales results agreed on are of 10% increase minimum.

**Action**
Regarding the above-mentioned deficiencies the following actions will take place:

**NALCO**

1. Bullets 1 and 2 are service deficiencies. We are to meet monthly to discuss all service related material, including 6SS. You are to make sure that these are done, by setting dates and follow ups.
2. You are to conduct immediate Business Reviews for all your clients. In the next 45 days.
3. You are to send Customer Feedback surveys to all of your clients. You must follow up and sell them the idea that they are to improve their service from Nalco, so they complete and send them.
4. Bullets 3 and 4 are deficiencies due to that the required agreed on yearly objectives have been minimum 10% net sales growth. You need to meet the agreed upon objectives as written in your 2007 Performance report.
5. In 2007, zero lost accounts are expected.
6. All monthly administration reports must be on time.
7. No more new eagls notices of lacking receipts from expense reports.
8. All other notices from eagls must be dealt with immediately and resolved as of August 2007.
9. Client rapport, service, adapting to their needs, responding to client's timeframe is all expected.
10. Zero preventable accidents are expected.

**Consequences**

We will be evaluating your performance again on November 1, 2007. Your failure to meet and sustain the performance objectives and expectations outlined above will result in further disciplinary action up to and including termination.

*This document does not alter the employment-at-will relationship.*

_____   8/14/07
(Manager's name)            Date

This Performance Improvement Plan has been discussed with me, and I have received a copy.

_____   8/14/07
(Employee's name)           Date

Cc:   Personnel File
      Jorge Castillo
      Stepanie Glashagel