EXHIBIT

2

Blumberg No. 5208

 **Jorge Ortiz**

06/23/2008 10:52 PM

To: Ashok P Duggal/USA/Latin/Nalco@NALCO
cc: Jorge Castillo/USA/Latin/Nalco@Nalco, Stephanie P
    Glashagel/NV/US/Nalco@NALCO
Subject: Amgen Pharmaceutical Complain

Ashok:

Please attached find the summary for the meeting that was requested last week by the Amgen Utilities personnel, regarding their complain with the Nalco Service at this plant.

Let me know if you need additional information.

Regards,

Jorge Ortiz Soldevila
Account Manager
Nalco Company
787-385-9354
jortiz1@nalco.com



AmgenComplain.pdf

June 23, 2008

Ashok Duggal
Area Manager
Nalco Company
Caguas, Puerto Rico

Ashok:

As you requested, last week I called Kenneth Colón (Utilities Mgr.) from Amgen
Pharmaceutical, in order to attend his complaint of the lack of service received from
Donato Aponte at this site. A meeting was set for last Thursday 19, 2008 at 2:00 pm,
where Jorge Castillo (Nalco Regional Mgr), Kenneth Colón, Roberto Picou (Amgen
Utilities Eng) and Myself participated in the mentioned meeting.

A summary of their complaints is as follow:

1.  They do not perceive from Donato a professional level of service at the high
    standard that Nalco is supposed to deliver.
2.  They feel Donato has not been effective in providing a solution for the White
    Rust problem in the system. He requested a report in order to present and
    protect the new cooling Tower System from White Rust Corrosion, and the
    report was submitted almost six months later. He also mentioned that
    Chemtreat, which is the supplier in the other Amgen Plant, was contacted for a
    recommendation on how to handle the new cooling tower against the White
    Rust problem, and at the next day, a complete and a very professional report
    was presented. He emphasized many times of the quick and the professional
    response he received from our competitor.
3.  They mentioned that at this moment they feel that are only buying from Nalco
    chemical products, not solutions or the level of service that they would expect to
    receive.
4.  They do not feel Donato is taking care of their equipment and systems, as they
    would like. His communication and reporting have been very poor or none.
5.  They mentioned that chemical consumption has decreased, but they have not
    been told the reason why. They don't know if we are under feeding chemicals
    and letting the system without protection due to the lack of service, or if any
    efficiency improvement has been made.
6.  They have requested a report from Donato several times, of the
    recommendations for the chemical treatment changes needed for the boiler
    system, where they will be using a new type of make up water (RO reused water
    from WWTP), and nothing has been received yet.
7.  They also mentioned that over almost 3 months ago, Edward Bray has not made
    any service call at any of the other buildings where closed loops were supposed
    to be serviced by Nalco.
8.  Roberto Picou emphasized that he recognizes the technical knowledge that
    Donato might have, but with such a poor communication and reporting skills,
    and the poor response time when something is requested, his service is not
    valuable to him.

As an immediate action plan, we notified Kenneth and Roberto, that beginning immediately, Crispin Hernandez, you (Ashok Duggal) and Myself (Jorge Ortiz) would take the total responsibility of servicing this account. We expressed to them our commitment in a high and valuable service level that we should be providing to their plant, and that for us, this lack of service received is fully unacceptable.
I already communicated to Donato and Edward our decision in removing them from the responsibility of servicing this account, and all of the customer complaints. Neither Donato nor Edward rejected the decision.

Regards...

Jorge Ortiz
Account Manager
Nalco – Puerto Rico
787-385-9354