

EXHIBIT 3



**Glendalis Garcia**
07/01/2008 05:33 PM

To: Stephanie P Glashagel/NV/US/Nalco@NALCO
cc: Jorge Castillo/USA/Latin/Nalco@Nalco, Ashok P Duggal/USA/Latin/Nalco@NALCO
Subject: Donato Aponte Termination

Stephanie,

I am using our DA's computer, since mine was sent in for repairs.

As per your request, I am sending here a summary of the reasons why we still need to terminate Donato Aponte's employment with Nalco.

1. Warner Chilcott. This was an account Donato was responsible for. Due to lack of urgency, motivation, performance and will to help, WC cancelled our contract and gave it to a competitor. I was informed of his lack of performance before, I documented this by sending him an email on 5/21/07 describing the situation, and what action plan was needed. He did not comply with this, and for this we were let go.
2. After several complaints from clients, I decided to write up a performance improvement letter to describe his situation 8/14/07 which described areas for improvement, and an ultimatum if not fulfilled. After many months he still has not complied with most of the items. This letter was signed by him where it is stated termination of employment if failure to meet performance objectives.
3. This year he was again underperformance, my Regional Manager and I met with him, to help him improve. We gave him other responsibilities we hoped he would be motivated by and help improve his performance. Several clients he was responsible for, have already sent in the past few months, email with complaints and asking what has happened with Nalco's service.
4. I have sent this year many email, trying to encourage him, find out if anything is wrong, and other times demanding response. He 8 out of 10 times responded to these email.
5. Recently while on vacation an Engineering Manager of Amgen, a key account for us, called to complain about Donato's performance. Jorge Castillo, Regional Manager, and Jorge Ortiz, Senior account manager, visited them to help out. Here they found out many of Donato's performance problems as well. To help calm the situation, Jorge proposed changing Reps, which they agreed to. If not we may have lost this account as well. Jorge Ortiz sent an email describing what happened on 6/24.
6. In May I had also visited Amgen before the above situation, and had received several complaints of Donato. Here I first emailed him on 5/03 with a description of what they talked about, and areas to improve. I never received feed back, and things got even worse.
7. This year he was in charge of a special test for a client, Wyeth, asked for. Wyeth was hoping for a response with a report in 1-2 weeks. Donato took over 2 months to respond. I sent an email on 5/30 asking for his response, which he didn't.
8. Donato has also had administrative work deficiencies. As sending reports on time. I sent him an email on 2/17 on this.
9. Many of my email went without him responding, as one on 6/08 where I ask about 3DT alarms in Chevron Phillips, and what he is doing about it.
10. Also Chevron Phillips asked for a product quotation on 5/30, on 6/18 the client follow up without any response, and I did not get any response on another email on 6/21 either.
11. On 5/23 I sent an email asking why he never sent reports to several clients he serviced in the Caribbean, and the Senior Rep, Dennis Lopez, was concerned, I never got a response either.
12. On 6/08 I emailed him asking about why he hasn't serviced Smurfit and wrote reports they were requested by in writing. Again no response.

I hope this is what you asked for. Please let me know if you need anything else. All the above mentioned documents where sent to you previously.

Ashok Duggal