## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DONATO APONTE NAVEDO, et al.
    Plaintiffs
        v.
NALCO CHEMICAL, INC., et al.
    Defendants

CIVIL No. 09-01232-JA

TITLE VII AGE & GENDER DISCRIMINATION,
ADA, NATIONAL ORIGIN, TORTS
TRIAL BY JURY

### <u>ASSENTED-TO MOTION IN REQUEST FOR HEARING</u>

Come now all Plaintiffs, through the undersigned counsel, and state as follows:

1. On October 25<u>th</u>, 2010, Plaintiffs moved the Court to compel discovery from Defendants. <u>See</u>: **ECF No.77**.

2. In denying the above motion, the Court ordered counsel to have an additional face-to-face conference to attempt to resolve the pending discovery disputes, before it were to take the discovery requests at issue under consideration for their ultimate disposal. <u>See</u>: **ECF No.79**.

3. In compliance with the aforementioned order, counsel met on November 23<u>rd</u>, 2010, after which they are still unable to reach agreement regarding the outstanding discovery sought by Plaintiffs. Consequently, counsel request that the Court set a

hearing where it can rule on each of the discovery controversies.

**WHEREFORE**, for all of the above, Plaintiffs request that this Honorable Court:

Take Notice of all of the above;

SET a hearing to resolve the aforementioned discovery disputes.

**IN NEW YORK, NEW YORK, DECEMBER 31st, 2010.**

<u>S/William E. Meléndez</u>
William E. Meléndez
USDC PR No. 226902

Attorney for Plaintiffs
410 Park Avenue 15th Floor, Suite # 1223
New York, New York 10022
Tel. (718)725-7387
We.Melendez@e-Lex.us

<u>S/Miguel A. Cuadros</u>
Miguel A. Cuadros
USDC PR No. 114814

Attorney for Plaintiffs
701 Ponce de León Avenue Suite # 215
San Juan, Puerto Rico 00907
Tel.(787)725-2652
macuadros@cuad-law.com

## CERTIFICATE OF CONCURRANCE

Pursuant to the Court's ORDER, as set forth in **ECF No.81**, Plaintiffs certify that a good faith attempt has been made to obtain concurrence in the relief sought, and that counsel on both sides have agreed that the requested hearing be set.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 31st, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of interest.

In New York, New York, this 31st day of December, 2010.

**S/William Meléndez-Menéndez**
William Meléndez-Menéndez

USDC-PR No. 226902
410 Park Ave. Suite # 1223, New York, New York 10022
We.Melendez@e-Lex.us
(718)725-7387