IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DONATO APONTE NAVEDO, BELKIS ISABEL SANTIAGO MARTÍNEZ, AND THEIR COMMUNITY OF ASSETS AND GAINS,<br><br>        Apontes,<br><br>    v.<br><br>NALCO CHEMICAL COMPANY, JOSÉ SERRANO AND HIS WIFE JANE DOE (1), AND THEIR COMMUNITY OF ASSETS AND GAINS, JORGE CASTILLO AND HIS WIFE JANE DOE (2), AND THEIR COMMUNITY OF ASSETS AND GAINS, ASHOK PAUL DUGGAL AND HIS WIFE JANE DOE (3), AND THEIR COMMUNITY OF ASSETS AND GAINS AND ABC INSURANCE,<br><br>        Defendants. | Case No. 09-cv-01232-JA<br><br>Magistrate Judge Marcos E. López |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Nalco Company ("Nalco") and Ashok Paul Duggal ("Duggal") (collectively "Defendants"), by and through their attorneys, and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, file their Motion For Summary Judgment ("Motion"). For the reasons set forth in their Memorandum In Support Of Their Motion For Summary Judgment, Defendants respectfully requests that the Court grant their Motion, award summary judgment in Defendants' favor, and dismiss Plaintiff's claims with prejudice.

13497518v.1

**DATED:  June 21, 2011**                                  Respectfully submitted,
                                                                                  NALCO COMPANY, ASHOK DUGGAL


                                                                                  By:  _____s/ Natascha B. Riesco_____
                                                                                                One of Their Attorneys


*Attorneys for Defendants*

Arturo Diaz-Anguiera
James W. McCartney (USDC-PR No. 211511)
**CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.**
PO BOX 364966
San Juan, PR  00936-4966
(787) 767-9625

Mark Lies II (admitted *pro hac vice*)
Natascha B. Riesco-Farinas (USDC-PR No. 222112)
**SEYFARTH SHAW LLP**
131 S. Dearborn Street, Suite 2400
Chicago, IL  60603
(312) 460-5000

13497518v.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he caused a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to be served upon the following attorneys via the CM/ECF filing system on this 21st day of June, 2011.

| | |
|---|---|
| Miguel A. Cuadros-Pesquera<br>Cuadros & Cuadros<br>701 Ponce de Leon Ave.<br>Suite 215<br>Miramar<br>San Juan, PR 00907<br>787-725-2652<br>Fax: 787-724-3820<br>Email: macuadros@cuad-law.com | William E. Melendez-Menendez<br>410 Park Avenue<br>15th Floor #1223<br>New York, NY 10022<br>718-725-7387<br>Email: we.melendez@e-lex.us |

       s/Natascha B. Riesco

13497518v.1