IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| DONATO APONTE NAVEDO, BELKIS ISABEL SANTIAGO MARTÍNEZ, AND THEIR COMMUNITY OF ASSETS AND GAINS, | |
|---|---|
| Apontes, | Case No. 09-cv-01232-JA |
| v. | |
| NALCO CHEMICAL COMPANY, JOSÉ SERRANO AND HIS WIFE JANE DOE (1), AND THEIR COMMUNITY OF ASSETS AND GAINS, JORGE CASTILLO AND HIS WIFE JANE DOE (2), AND THEIR COMMUNITY OF ASSETS AND GAINS, ASHOK PAUL DUGGAL AND HIS WIFE JANE DOE (3), AND THEIR COMMUNITY OF ASSETS AND GAINS AND ABC INSURANCE, | Magistrate Judge Marcos E. López |
| Defendants. | |

## DEFENDANTS' APPENDIX OF EVIDENTIARY MATERIALS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| A | Deposition of Plaintiff Donato Aponte Navedo and selected exhibits |
| B | Declaration of Ashok Duggal and Exhibits Thereto |
| C | Plaintiff's EEOC Charge |

13495121v.1

2

DATED:  June 21, 2011          Respectfully submitted,
                                NALCO COMPANY, ASHOK DUGGAL


                                By:   s/ Natascha B. Riesco
                                       One of Their Attorneys



*Attorneys for Defendants*

Arturo Diaz-Anguiera
James W. McCartney (USDC-PR No. 211511)
**CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.**
PO BOX 364966
San Juan, PR  00936-4966
(787) 767-9625

Mark Lies II (admitted *pro hac vice*)
Natascha B. Riesco-Farinas (USDC-PR No. 222112)
**SEYFARTH SHAW LLP**
131 S. Dearborn Street, Suite 2400
Chicago, IL   60603
(312) 460-5000

2

13495121v.1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a true and correct copy of the foregoing **DEFENDANTS' APPENDIX OF EVIDENTIARY MATERIALS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** to be served upon the following attorneys via the CM/ECF filing system on this 21st day of June, 2011.

Miguel A. Cuadros-Pesquera
Cuadros & Cuadros
701 Ponce de Leon Ave.
Suite 215
Miramar
San Juan, PR 00907
787-725-2652
Fax: 787-724-3820
Email: macuadros@cuad-law.com

William E. Melendez-Menendez
410 Park Avenue
15th Floor #1223
New York, NY 10022
718-725-7387
Email: we.melendez@e-lex.us

_____s/Natascha B. Riesco_____

13495121v.1