# Exhibit C

# Plaintiff's EEOC Charge

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

**AGENCY:** ☒ FEPA ☒ EEOC

**CHARGE NUMBER:**

_____ and EEOC
(State or Local Agency, if Any)

**NAME** (Indicate Mr., Ms., or Mrs.): MR. DONATO L. APONTE NAVEDO
**HOME TELEPHONE NUMBER** (Include Area Code): (787) 234-5655
**STREET ADDRESS:** URB. ESTANCIAS DE LA FUENTE, C/DUCADO CC3, TOA BAJA, P.R.
**CITY, STATE AND ZIP CODE:** 00953
**DATE OF BIRTH:** 11-17-1964

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

**NAME:** NALCO CHEMICAL COMPANY
**NO. OF EMPLOYEES/MEMBERS:** OVER 100
**TELEPHONE NUMBER** (Include Area Code): (630) 305-1000
**STREET ADDRESS:** 1601 WEST DIEHL ROAD, NAPERVILLE, IL 60653-1198
**COUNTY:**

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE:**
EARLIEST: 2001?
LATEST: Jul. 23, 2008
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attached extra sheet(s)):

PLEASE REFER TO ATTACHED SWORN STATEMENT.

PLEASE REFER ANY FURTHER INQUIRIES TO MY LEGAL COUNSEL, AS INDICATED BELOW:

CONSULTORES JURIDICOS ASOCIADOS
701 PONCE DE LEON AVE.
SUITE 215
SAN JUAN, PUERTO RICO 00907

Attention: MIGUEL A. CUADROS and/or OLGA M. BENITEZ QUIÑONES

TEL. (787) 725-2652/722-5347
FAX (787) 724-3820
E-mail: macuadros@cuad-law.com
E-mail: ombenitez@cuad-law.com

I want this charge filed with the EEOC and the State FEPA. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY** – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

**SIGNATURE OF COMPLAINANT:**

I declare under penalty of perjury that the foregoing is true and correct.

*Legal Counsel:*
*M.A. Cuadros*
M. A. CUADROS
Charging Party (Signature)
Date: 9 Dec 08

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:
(Month, day and year)

THIS FORM PROVIDED FREE OF CHARGE BY WWW.EEOCOFFICE.COM

## STATEMENT OF MR. DONATO I. APONTE NAVEDO
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION CHARGE OF DISCRIMINATION (EEOC)

1. Now comes Petitioner, of legal age, married, engineer, and resident of Toa Baja, Puerto Rico, and under penalty of perjury states:

2. Petitioner hereby files the following U.S. Equal Employment Opportunity Commission (**EEOC**) Charge of Discrimination against:
   a. Nalco Chemical Company (**Nalco**);
   b. Mr. José Serrano, General Manager;
   c. Mr. Jorge Castillo, Sales Manager (**Castillo**);
   d. Mr. Ashok Paul Duggal, Area Supervisor.

3. Petitioner files this **EEOC** Charge of Discrimination pursuant to:
   a. Age Discrimination in Employment Act (ADEA), <u>29 U.S.C. § 626</u> et seq., as amended;
   b. Americans with Disabilities Act (ADA), <u>42 U.S.C. § 12101</u> et seq., as amended; and
   c. Title VII of the 1964 Civil Rights Act, <u>42 U.S.C. § 2000e</u> et seq., as amended, as it pertains to:
      i. Sexually, or gender-based discrimination, and
      ii. Racially, or national origin-based discrimination.

4. Petitioner qualifies as a protected individual under the statutes cited in the paragraph above, as he is:
   a. Over 40 years old (**ADEA**);
   b. A Type II diabetic (**ADA**);
   c. Of Puerto Rican national origin (**Title VII**).

1

5. Petitioner began his career in **Nalco** on or around 1996, and was subsequently terminated on or around July 23rd, 2008.

6. Petitioner was subjected to a hostile work environment by **Castillo** starting on or around 2001, until the end of his employment with **Nalco**, due to his **ADA** protected condition of Type II diabetes.

7. Specific instances of **Castillo's** conduct include:
    a. Insistent disparaging remarks about Petitioner's diabetes-induced weight and girth;
    b. Directing demeaning and ridiculing comments towards Petitioner for failing to physically "keep-up", due to his medical condition;
    c. Refusing to provide Petitioner with a minimum reasonable accommodation, such that he could be properly nourished, medicated and tested to fulfill his duties;
    d. Imposing on Petitioner working conditions which endangered his health and wellbeing, by preventing him from adequately monitoring and reacting to his chronic condition.

8. Petitioner was subjected to a sexual and gender based hostile work environment by **Castillo** starting on or around 2001, until the end of his employment with **Nalco**.

9. Specific instances of **Castillo's** conduct include:
    a. Persistent harassment insisting that Petitioner participate in binge-drinking in **Nalco** sponsored employee and client outings;
    b. Persistent harassment insisting that Petitioner participate in philandering, womanizing and sex-procurement in **Nalco** sponsored employee and client outings;
    c. Subjecting Petitioner to ridicule and disparaging remarks in the presence of his colleagues, for refusing to engage in the above behavior;

2

d. Subjecting Petitioner to ridicule and disparaging remarks for failing to conform to **Castillo's** stereotype of acceptable male behavior.

10. Petitioner, as well as all other fellow employees of Puerto Rican national descent, was subjected to a hostile work environment by Nalco management, including but not limited to, the individuals named in this charge in paragraph 2, above.

11. All individuals perpetrating the national-origin based discriminatory acts are non-Puerto Rican, foreign nationals, motivated by their hostility towards Puerto Ricans.

12. Petitioner endured the national-origin based discriminatory acts starting on or around 1998, and all throughout the date of his termination on or around July 23rd, 2008.

13. Specific instances of conduct by **Nalco** management which suggest a national-origin based discriminatory animus include:

   a. persistent derogatory comments towards Puerto Rican work ethics and habits;

   b. demotions aimed specifically to Puerto Ricans, under threat of termination, while less qualified foreign nationals were brought in as new hires.

14. Petitioner's discharge from **Nalco** was made in favor of a less-qualified, younger (under 40 years of age), non-Puerto Rican foreign national, who has subsequently filled Petitioner's role and duties, and now tends to what was once his client base.

15. All throughout the period from 1996, until July 23rd, 2008, Petitioner proved himself as a qualified employee and professional, for which he repeatedly received accolades from colleagues, clients and Nalco management outside of the Puerto Rico operation.

3

16. **Nalco**, on the other hand, continued to have client demand for Petitioner's skill set, as he was replaced by a less qualified, less experienced younger foreign national, who does not appear to suffer from a chronic disease.

17. Petitioner was further subjected to arbitrary and discriminatory decisions to exclude him from:

   a. training and continued education opportunities;
   b. work tools and equipment replacement programs;
   c. **Nalco** official communications and e-mail distributions;
   d. internal and customer meetings in which his participation would be otherwise essential.

18. All practices against Petitioner, by named employers in paragraph 1, as detailed above, constitute a violation of United States Federal and Puerto Rico anti-discrimination Law.

**Donato I. Aponte Navedo**

## CERTIFICATION

I, Mr. Donato I. Aponte Navedo, of forty-four (44) years of age, married, engineer, and resident of Toa Baja, Puerto Rico, declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. sec. 1746).

Executed on December 8, 2008.

**Donato I. Aponte Navedo**

4