IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| APONTE-NAVEDO et al,<br><br>Plaintiffs,<br><br>v.<br><br>NALCO CHEMICAL COMPANY et al,<br><br>Defendants. | CIVIL NO.: 09-1232 (MEL) |

**SEALED, EX-PARTE ORDER**

Attorney William Meléndez-Menéndez (USDC-PR 226902) represents the plaintiffs in this case. On July 21, 2011, Mr. Meléndez-Menéndez was suspended from the practice of law in this Court for a period of two years. Therefore, he may not continue representing plaintiffs. (Misc. No. 10-267 (ADC), Docket No. 27).

Accordingly, no later than **August 30, 2011,** Mr. Meléndez-Menéndez shall advise the plaintiffs that he has been suspended from the practice of law in this Court for a period of two years and cannot continue to represent them, providing each plaintiff with a copy of the order suspending him (Misc. No. 10-267 (ADC), Docket No. 27) and the Magistrate Judge's Report and Recommendation (Misc. No. 10-267 (ADC), Docket No. 19).

Also no later than **August 30, 2011,** Mr. Meléndez-Menéndez shall certify to the Court that he has fully complied with this order.

IT IS SO ORDERED.

San Juan, Puerto Rico, August 23, 2011.

s/Marcos E. López
U. S. MAGISTRATE JUDGE