IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **DONATO APONTE NAVEDO et al.,** | 09-01232-MEL |
| Plaintiffs, | TITLE VII AGE & GENDER |
| V, | DISCRIMINATION, ADA, NATIONAL ORIGIN, TORTS |
| **NALCO CHEMICAL, INC., et al.,** | TRIAL BY JURY |
| Defendants | |

## NOTICE OF ASSUMPTION OF LEGAL REPRESENTATION

**COME NOW,** Plaintiffs, through their new undersigned legal representation and state as follows:

1. Undersigned counsel has assumed legal representation of Plaintiffs in the above captioned case.

2. Plaintiffs, and undersigned counsel, are on notice that the pending motion for summary judgment and constitutional challenge shall be deemed unopposed in the absence of any response on or before October 24, 2011.

**WHEREFORE,** it is requested of the Court that it take notice and be informed of the above.

In San Juan, Puerto Rico, on September 27th, 2011.

       **s://Juan J. Martínez Rodríguez**

**JUAN JOSE MARTINEZ RODRIGUEZ**
**USDC PR BAR NO. 128706**
**ATTORNEY FOR PLAINTIFFS**
**PMB-570, 1353 Luis Vigoreaux Ave**
**Guaynabo, Puerto Rico 00966**
**Tel. 787-368-0310**
**Email: jjmartrod@yahoo.com**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 27th, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of interest.

       **s://Juan J. Martínez Rodríguez**
       USDC PR Bar No. 128706